FILED
2023 Apr-13  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ANGEL DEANN PILATI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**YELLOW SOCIAL** )<br>**INTERACTIVE, LTD.** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.** |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Yellow Social Interactive Limited (Gibraltar Company – Reg. No. 119215) is owned by Goldmist Enterprises Limited (Gibraltar Company – Reg. No. 122367) and Damian Sokol, an individual.

Dated:  April 13, 2023

                                                    Respectfully Submitted,

                                                    */s/ Ollie A. "Tres" Cleveland, III*
                                                    Ollie A. "Tres" Cleveland, III
                                                    Evan P. Moltz
                                                    **MAYNARD NEXSEN PC**
                                                    1901 Sixth Avenue North
                                                    Suite 1700
                                                    Birmingham, Alabama 35203-2602
                                                    Phone: (205) 254-1000
                                                    Fax: (205) 254-1999 (fax)
                                                    tcleveland@maynardcooper.com

2

**DUANE MORRIS LLP**
William M. Gantz (*pro hac vice* application to follow)
100 High Street, Suite 2400
Boston, MA 02110
Phone: 857-488-4234
Email: bgantz@duanemorris.com

Daniel R. Walworth
30 South 17th Street
Philadelphia, PA 19103
Phone: 215-979-1194
Email: dwalworth@duanemorris.com

*Attorney for Defendant Yellow Social Interactive, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2023, the foregoing document was served on counsel of record for Plaintiff Angel Deann Pilati, listed below, via email and certified mail:

Jeffrey L. Bowling
BEDFORD, ROGERS &BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

D. Frank Davis (DAV009)
John E. Norris (NOR041)
Wesley W. Barnett (BAR141)
Dargan M. Ware (WAR089)
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
inorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Counsel for Plaintiff Angel Deann Pilati*

*Ollie A. "Tres" Cleveland, III*
OF COUNSEL